UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimberly Ann Henny, | Case No. 22-cv-1996 (WMW/JFD) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Mistelle Starr, *Warden, of FCI Waseca*, McIntosh, *Associate Warden, of FCI Waseca* and Andre Mousetavian, *Regional Director for the Federal Bureau of Prisons*, | |
| Defendant. | |

---

Before the Court is the November 8, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John Docherty.  (Dkt. 12.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The November 8, 2022 Report and Recommendation, (Dkt. 12), is **ADOPTED**.

2. Plaintiff Kimberly Ann Henny's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

2

3. Plaintiff Kimberly Ann Henny's motion to proceed *in forma pauperis*, (Dkt. 4), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2023   s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge